AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District

Larry R. Marshall
*Plaintiff*
v.
Deborah Clark, Supervisor of Elections, et al.
*Defendant*

Case No. 8:18-cv-1510-T-36-AAS

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Deborah Clark, Supervisor of Elections, Pinellas County, Florida

Date:  07/19/2018

*Attorney's signature*

Kelly L. Vicari FBN: 0088704
*Printed name and bar number*
Pinellas County Attorney's Office
315 Court Street, 6th Floor
Clearwater, FL 33756

*Address*

kvicari@pinellascounty.org
*E-mail address*

(727) 464-3354
*Telephone number*

(727) 464-4147
*FAX number*