IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2018 AUG -3 AM 11: 15
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

LARRY R. MARSHALL,

PLAINTIFF

V.

DEBORAH CLARK,
SUPERVISOR OF ELECTIONS,
PINELLAS COUNTY. FLORIDA

And

Case No.8:18-CV-1510-T-36 AAS

KEN DETZNER,
SECRETARY OF STATE,
STATE OF FLORIDA

DEFENDANTS

## NOTICE OF DISMISSAL

Comes Now, Larry R. Marshall, Plaintiff herein, and pursuant to Rule 41(a) (1) (A), Fed. R.C. P. dismisses, without prejudice, his Complaint filed herein against Defendants Deborah Clark and Ken Detzner. AND FIRST AMENDED COMPLAINT(IRM)

Respectfully submitted,

Larry R, Marshall, pro se
Attorney at Law
2198 Clover Hill Rd.
Palm Harbor, FL 34683
727-940-4505 (h)
727-212-1743 ©
lrmarshall37@hotmail.com
Missouri Bar No. 18168

## CERTIFICATE OF SERVICE

    I, Larry R. Marshall, do hereby certify that a copy of the above captioned Notice Of Dismissal was duly served on Defendants, and each of them, this 3rd day of August, 2018, by placing a copy of same in the United States mail, postage prepaid, and addressed to:

Kelly VIcari  
Attorney at Law  
6th Floor  
315 Court Street  
Clearwater, FL 33756  
Attorney for Defendant  
Deborah Clark

Kim Wilson  
Assistant Attorney General  
501 East Kennedy Blvd.  
Suite 1100  
Tampa. FL 33602  
Attorney for Defendant  
Ken Detzner

*Larry R. Marshall*  
Larry R. Marshall