UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY R. MARSHALL,

    Plaintiff,

v.                                                  Case No: 8:18-cv-1510-T-36AAS

DEBORAH CLARK and KEN DETZNER,

    Defendants.
_____/

# **O R D E R**

Before the Court is Plaintiff's Notice of Dismissal (Doc. 19). In accord with the Notice of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)    Plaintiff's Notice of Dismissal is **APPROVED** (Doc. 19).

2)    This cause is dismissed, without prejudice.

3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on August 3, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record